**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW HAMPSHIRE

Case number (if known): _____ Chapter _____

☐ Check if this an amended filing

FILED
2023 DEC 18 PM 1:11
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 50 PINEWOOD NUMBER 4 LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-3283716 |
| 4. | Debtor's address | **Principal place of business**<br>50 PINEWOOD<br>UNIT 4<br>SUNCOOK, NEW HAMPSHIRE 03275<br>Number, Street, City, State & ZIP Code<br><br>MERIMAC<br>County | **Mailing address, if different from principal place of business**<br>50 PINEWOOD UNIT 4 LLC<br>c/o James Constable Member<br>23 Barnard Road, Belmont MA 02478<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  50 PINEWOOD NUMBER 4 LLC                                Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor: 30 PINEWOOD UNIT 4 LLC

Case number (if known): _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
- ☒ No
- ☐ Yes

List all cases. If more than 1, attach a separate list.

| Debtor | District | Relationship | Case number | When |
|---|---|---|---|---|

11. Why is the case filed in this district?

Check all that apply:
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
- ☒ No
- ☐ Yes

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? ___
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ___

Where is the property? ___ Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency ___
  Contact name ___
  Phone ___

### Statistical and administrative information

13. Debtor's estimation of available funds

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. Estimated number of creditors
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

15. Estimated Assets
- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

16. Estimated liabilities
- ☐ $0 - $50,000
- ☐ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor  50 PINEWOOD NUMBER $ LLC

Case number (if known)

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   50 PINEWOOD NUMBER 4 LLC                     Case number (if known) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12-17-2023
              MM / DD / YYYY

X _____              JAMES EUGENE CONSTABLE
  Signature of authorized representative of debtor       50 PINEWOOD NUMBER 4 LLC
                                              Printed name

Title  Member

**18. Signature of attorney**

X _____              Date _____
  Signature of attorney for debtor                    MM / DD / YYYY

  _____
  Printed name

  _____
  Firm name

  _____
  Number, Street, City, State & ZIP Code

  Contact phone _____   Email address _____

  _____
  Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 5

Fill in this information to identify the case:

Debtor name
United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter   or Chapter   Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter ___. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PRESIDENTS PROFESSIONAL PARK CONDOMINIUM ASSOCIATES, INC Gerald HEVERN - ALLENSTOWN, NEW HAMPSHIRE $16,200.⁰⁰ | MICHAEL CAQUETTE c/o M&JC PROPERTY MANAGEMENT, 480 ROUTE 101 BEDFORD, NEW HAMPSHIRE 03310 | CONDOMINIUM ASSESSMENTS  PROPERTY TAXATION | DISPUTED  UNDISPUTED | $55229.06 | | $24,000 in assessments owing minus reimbursement of Common area repairs to property of $12,500.00 Correct amount of assessments is $11,500.00 not including costs, and damages. |

## United States Bankruptcy Court
### District of New Hampshire

In re: __50 PINEWOOD NUMBER 4 LLC__
                    Debtor(s)

Case No. _____
Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __50PINEWOODNUMBER4LLC__ the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

STATE OF NEW HAMPSHIRE WORK ORDER 20239980816550 GOOD STANDING LLC

50 PINEWOOD NUMBER 4 LLC  c/o JAMES EUGENE CONSTABLE MEMBER 23 BARNARD ROAD, BELMONT, MASSACHUSETTS 02478

☐ None [Check if applicable]

Date: DECEMBER 17, 2023

Signature of Attorney or Litigant
Counsel for ___

JAMES EUGENE CONSTABLE
MEMBER

JAMES EUGENE CONSTABLE

PRESIDENTS PROFESSIONAL PARK CONDOMNINIUM ASSOCIATION
GERALD HEVERN
50 PINEWOOD ROAD,
SUNCOOK, NEW HAMPSHIRE
03275
PRESIDENTS PROFESSIONAL PARK CONDOMINIUM ASSOCIATION
MICHAEL CAOUETTE
M & JC PROPERTY MANAGEMENT
480 ROUTE 101,
BEDFORD, NEW HAMPSHIRE
03310
ALLENSTOWN GOVERNMENT
16 SCHOOL STREET
ALLENSTOWN, NEW HAMPSHIRE
03275

BALANCE SHEET STATEMENT OF OPERATIONS AND FINANCIAL STATEMENT
50 PINEWOOD NUMBER 4 LLC
c/o
JAMES EUGENE CONSTABLE
MEMBER 23 BARNARD ROAD
BELMONT, MASSACHUSETTS 02478

847-309-8641
Jeconstable847@gmail.com

BALANCE SHEET

ASSET
UNIT 4 50 PINEWOOD ROAD SUNCOOK, NEW HAMPSHIRE
$170,000.00 (Per P and S agreement).

LIABILITIES
$55229.06. (Assessments under legal dispute. Incorrect amount and have not been reimbursed for common area improvements).
$16,200.00 (Property taxes payable to Allenstown).
$71,429.06

EQUITY:
$98,770.94 (ASSESSMENT amounts are in dispute. REIMBURSEMENTS Made to Common Areas required by LAW, BUILIDNG DEPARTMENT Need to be reimbursed. Substantial damage and harm caused to 50 Pinewood Number 4 LLC. )

OPERATIONS:

Not rented, with unknown assessments costs to be resolved and other matters).

The property is under a P and S agreement.




# State of New Hampshire
# Department of State
# Payment Receipt

**Work Order #:** 20239980816550

**Receipt Date/Time:** 12/16/2023 01:20:00 PM

**Payer Information:**

50 PINEWOOD NUMBER 4, LLC
50 Pinewood Road #4
Allenstown, NH, 03275, USA

**Payer Customer ID:** 411834

**Filer Information:**

50 PINEWOOD NUMBER 4, LLC
50 Pinewood Road #4
Allenstown, NH, 03275, USA

**Filer Customer ID:** 411834

**Payment Information:**

| Date | Payment Type | Payment Reference | Authorization # | Payment Status | Payment Amount |
|---|---|---|---|---|---|
| 12/16/2023 01:22:24 PM | Credit Card | | Auth#: 022223 | Paid | $152.00 |
| | | | | **Total Payment Received:** | **$152.00** |

**Transaction Description:**

| Transaction # | Description | Reference Information |
|---|---|---|
| 20239980816550-000 | Handling Charge | N/A |
| 20239980816550-001 | Annual Report - Domestic Limited Liability Company | 50 PINEWOOD NUMBER 4, LLC |

**Transaction Information:**

| Date Received | Transaction # | Amount |
|---|---|---|
| 12/16/2023 01:20:00 PM | 20239980816550-000 | $2.00 |
| 12/16/2023 01:20:00 PM | 20239980816550-001 | $150.00 |
| | **Total** | **$152.00** |

| | | | |
|---|---|---|---|
| **Drawdown Account Balance:** | $0.00 | **Total Due:** | $0.00 |
| **Credit Account Balance:** | $0.00 | **Total Refunded:** | $0.00 |
| | | **Total Change To Credit Account Balance:** | $0.00 |